IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SCOTT RIDDLE,**

**Defendant.** No. 06-CR-300167-DRH

## ORDER

**HERNDON, Chief Judge:**

On January 7, 2008, the Court allowd Riddle up to and including January 10, 2008 to file objections to the Pre-Sentence Report (Doc. 286). On January 10, 2008, Riddle filed his objections to the Pre-Sentence Report (Doc. 287). To ensure that the Court and the parties are fully prepared for the sentencing, the Court **CONTINUES** the sentencing set for January 11, 2008 to March 28, 2008 at 9:30 a.m.

**IT IS SO ORDERED.**

Signed this 10th day of January, 2008.

/s/ David R Herndon
Chief Judge
United States District Court