## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SCOTT RIDDLE,**

**Defendant.**                                    **No. 06-CR-300167-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion for continuance (Doc. 357).

Said motion is **GRANTED**.  The Court **CONTINUES** the sentencing to May 8, 2008

at 10:30 a.m.

**IT IS SO ORDERED.**

Signed this 11th day of April, 2008.

/s/      David R Herndon
Chief Judge
United States District Court