IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**SCOTT RIDDLE,**

**Defendant.** No. 06-CR-300167-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the Government's motion to continue the sentencing (Doc. 378). Defendant does not oppose the motion. For the reasons stated in the motion, the Court **GRANTS** the motion. The Court **CONTINUES** the sentencing set for June 20, 2008 to July 25, 2008 at 9:30 a.m.

**IT IS SO ORDERED.**

Signed this 11th day of June, 2008.

/s/     David R Herndon
Chief Judge
United States District Court